Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 416
San Jose, California 95113-2404
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
EDWARD MAURICE SMITH

FILED

ADR

2007 FEB 23  A 10: 34

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S..

#99
Fees Pd
SI

E-FILING

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

EDWARD MAURICE SMITH,

Plaintiff,

v.

CREDITORS FINANCIAL GROUP, LLC, a
New York limited liability company, HENRY
ELLIS SWAYZE, individually and in his
official capacity, and CHARLES C. NAIL,
individually and in his official capacity,

Defendants.

Case No. C07 01108 HRL

**COMPLAINT**

**DEMAND FOR JURY TRIAL**

15 Unites States Code § 1692 *et seq.*
California Civil Code § 1788 *et seq.*

Plaintiff, EDWARD MAURICE SMITH, based on information and belief and investigation of counsel, except for those allegations which pertain to the named Plaintiff or his attorneys (which are alleged on personal knowledge), hereby makes the following allegations:

## I. INTRODUCTION

1.      This is an action for statutory damages, attorney fees and costs brought by an individual consumer for Defendants' violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* (hereinafter "FDCPA") and the Rosenthal Fair Debt Collection Practices Act, California Civil Code § 1788 *et seq.* (hereinafter "RFDCPA") which prohibits debt collectors from engaging in abusive, deceptive and unfair practices.

## II. JURISDICTION

2.      Jurisdiction of this Court arises under 15 U.S.C. § 1692k(d), 28 U.S.C. §

-1-

1  1337, and supplemental jurisdiction exists for the state law claims pursuant to 28 U.S.C. § 1367.

2  Declaratory relief is available pursuant to 28 U.S.C. §§ 2201 and 2202.

3       3.    This action arises out of Defendants' violations of the Fair Debt Collection

4  Practices Act, 15 U.S.C. § 1692 *et seq.* ("FDCPA").

5  **III.  VENUE**

6       4.    Venue in this judicial district is proper pursuant to 28 U.S.C. § 1391(b), in

7  that a substantial part of the events or omissions giving rise to the claim occurred in this judicial

8  district.  Venue is also proper in this judicial district pursuant to 15 U.S.C. § 1692k(d), in that the

9  Defendant transacts business in this judicial district and the violations of the FDCPA complained

10  of occurred in this judicial district.

11  **IV.  INTRADISTRICT ASSIGNMENT**

12       5.    This lawsuit should be assigned to the San Jose Division of this Court because

13  a substantial part of the events or omissions which gave rise to this lawsuit occurred in Santa Clara

14  County.

15  **V.  PARTIES**

16       6.    Plaintiff, EDWARD MAURICE SMITH (hereinafter "Plaintiff"), is a natural

17  person residing in Santa Clara County, California.  Plaintiff is a "consumer" within the meaning of

18  15 U.S.C. § 1692a(3) and a "debtor" within the meaning of Cal. Civil Code § 1788.2(h).

19       7.    Defendant, CREDITORS FINANCIAL GROUP, LLC (hereinafter

20  "CREDITORS"), is a New York limited liability company engaged in the business of collecting

21  debts in this state with its principal place of business located at:  3131 South Vaughn Way, Suite

22  110, Aurora, Arapahoe County, Colorado  80014-3501.  CREDITORS may be served as follows:

23  Creditors Financial Group, LLC, c/o Damon & Morey, LLP, Agent for Service, 298 Main Street,

24  Buffalo, Erie County, New York 14202-4005.  The principal business of CREDITORS is the

25  collection of debts using the mails and telephone, and CREDITORS regularly attempts to collect

26  debts alleged to be due another.  CREDITORS is a "debt collector" within the meaning of 15 U.S.C.

27  § 1692a(6) and Cal. Civil Code § 1788.2(c).

28       8.    Defendant, HENRY ELLIS SWAYZE (hereinafter "SWAYZE"), is a natural

1  person and is or was an employee, agent, officer and/or director of CREDITORS at all relevant

2  times. SWAYZE may be served at his current business address at: Henry Ellis Swayze, Creditors

3  Financial Group, 3131 South Vaughn Way, Suite 110, Aurora, Arapahoe County, Colorado 80014-

4  3501 and at his residence address at: Henry Ellis Swayze, 9260 East Crestline Avenue, Englewood,

5  Arapahoe County, Colorado 80111-3420. SWAYZE is a "debt collector" within the meaning of

6  15 U.S.C. § 1692a(6) and Cal. Civil Code § 1788.2(c). Plaintiff is informed and believes, and

7  thereon alleges that SWAYZE is liable for the acts of CREDITORS because he sets and approves

8  CREDITORS collection policies, practices, procedures and he directed the unlawful activities

9  described herein.

10         9.     Defendant, CHARLES C. NAIL (hereinafter "NAIL"), is a natural person and

11  is or was an employee, agent, officer and/or director of CREDITORS at all relevant times. NAIL

12  may be served at his current business address at: Charles C. Nail, Creditors Financial Group, 3131

13  South Vaughn Way, Suite 110, Aurora, Arapahoe County, Colorado  80014-3501 and at his

14  residence address at: Charles C. Nail, 58 Hampton Hill Drive, Williamsville, Erie County, New

15  York 14221-5840. NAIL is a "debt collector" within the meaning of 15 U.S.C. § 1692a(6) and Cal.

16  Civil Code § 1788.2(c). Plaintiff is informed and believes, and thereon alleges that NAIL is liable

17  for the acts of CREDITORS because he sets and approves CREDITORS collection policies,

18  practices, procedures and he directed the unlawful activities described herein.

19         10.    At all times herein mentioned, each of the Defendants was an officer, director,

20  agent, servant, employee and/or joint venturer of his co-defendants, and each of them, and at all said

21  times, each Defendant was acting in the full course and scope of said office, directorship, agency,

22  service, employment and/or joint venture. Any reference hereafter to "Defendants" without further

23  qualification is meant by Plaintiff to refer to each Defendant, and all of them, named above.

## VI. FACTUAL ALLEGATIONS

25         11.    On a date or dates unknown to the Plaintiff, Plaintiff is alleged to have

26  incurred a financial obligation that was primarily for personal, family or household purposes, namely

27  a consumer credit account issued by Bank of America, N.A., and bearing the account number

28  XXXX-XXXX-XXXX-7699 (hereinafter "the alleged debt"). The financial obligation allegedly

owed to Bank of America, N.A., by the Plaintiff is a "debt" as that term is defined by 15 U.S.C. § 1692a(5) and a "consumer debt" as that term is defined by Cal. Civil Code § 1788.2(f).

12.    Sometime thereafter, on a date unknown to the Plaintiff, the alleged debt was consigned, placed or otherwise transferred to Defendants for collection from the Plaintiff.

13.    Thereafter, Defendants sent a collection letter (Exhibit "1") to Plaintiff which is a "communication" in an attempt to collect a debt as that term is defined by 15 U.S.C. § 1692a(2).

14.    A true and accurate copy of the first collection letter from Defendants to Plaintiff is attached hereto, marked Exhibit "1," and by this reference is incorporated herein.

15.    The first collection letter (Exhibit "1") is dated October 7, 2006.

16.    The collection letter (Exhibit "1") was the Defendants' first written notice initially addressed to the Plaintiff in connection with collecting the debt allegedly owed to Bank of America, N.A.

17.    On or about October 20, 2006, Plaintiff mailed a letter to Defendants which stated: "please be advised that I dispute this debt and refuse to pay."

18.    A true and accurate copy of the Plaintiff's letter disputing the alleged debt and refusing to pay the alleged debt is attached hereto, marked Exhibit "2," and by this reference is incorporated herein.

19.    Defendants received Plaintiff's letter disputing the alleged debt and refusing to pay the alleged debt (Exhibit "2") on or about October 23, 2006.

20.    A true and accurate copy of the USPS Certified Mail Return Receipt evidencing Defendants' receipt of Plaintiff's letter disputing the alleged debt and refusing to pay the alleged debt (Exhibit "2") is attached hereto, marked Exhibit "3," and by this reference is incorporated herein.

21.    After receiving Plaintiff's letter notifying Defendants of his refusal to pay the alleged debt (Exhibit "2"), Defendants continued their collection efforts against the Plaintiff.

22.    After receiving Plaintiff's letter disputing the alleged debt (Exhibit "2"), Defendants continued their collection efforts without first obtaining and mailing Plaintiff a validation of the debt being collected.

23. Thereafter, Defendants sent a second collection letter (Exhibit "4") to Plaintiff which is a "communication" in an attempt to collect a debt as that term is defined by 15 U.S.C. § 1692a(2).

24. A true and accurate copy of the second collection letter from Defendants to Plaintiff is attached hereto, marked Exhibit "4," and by this reference is incorporated herein.

25. The second collection letter (Exhibit "4") is dated January 31, 2007.

26. The second collection letter (Exhibit "4") was sent in an envelope on which a postage meter stamp dated February 5, 2007, was imprinted.

27. Plaintiff is informed and believes, and thereon alleges that Defendants deposited the envelope containing the second collection letter (Exhibit "4") in the United States Mail on or about February 5, 2007.

28. Plaintiff received the envelope containing the second collection letter (Exhibit "4") from Defendants on or after February 6, 2007.

## VII. CLAIMS

### FAIR DEBT COLLECTION PRACTICES ACT

29. Plaintiff brings the first claim for relief against Defendants under the Federal Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692.

30. Plaintiff repeats, realleges and incorporates by reference paragraphs 1 through 28 above.

31. Plaintiff is a "consumer" as that term is defined by the FDCPA, 15 U.S.C. § 1692a(3).

32. Defendant, CREDITORS, is a "debt collector" as that term is defined by the FDCPA, 15 U.S.C. § 1692a(6).

33. Defendant, SWAYZE, is a "debt collector" as that term is defined by the FDCPA, 15 U.S.C. § 1692a(6).

34. Defendant, NAIL, is a "debt collector" as that term is defined by the FDCPA, 15 U.S.C. § 1692a(6).

35. The financial obligation allegedly owed to Bank of America, N.A., by the

1   Plaintiff is a "debt" as that term is defined by the FDCPA, 15 U.S.C. § 1692a(5).

2          36.     Defendants have violated the FDCPA in the following respects:

3                  (1)     Defendants continued their collection efforts against Plaintiff after

4                          receiving a written notification that Plaintiff refused to pay the debt

5                          being collected, in violation of 15 U.S.C. § 1692c(c); and

6                  (2)     Defendants continued their collection efforts against Plaintiff after

7                          receiving a written notification within the thirty-day validation period

8                          from Plaintiff disputing the debt being collected in its entirety

9                          without first obtaining a verification of the debt and mailing a copy

10                         of such verification to the Plaintiff, in violation of 15 U.S.C. §

11                         1692g(b).

12         37.     Defendants' acts as described above were done intentionally with the purpose

13  of coercing Plaintiff to pay the alleged debt.

14         38.     As a result of the Defendants' violations of the FDCPA, the Plaintiff is

15  entitled to an award of statutory damages, costs and reasonable attorneys fees, pursuant to 15

16  U.S.C.§ 1692k.

17              **ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT**

18         39.     Plaintiff brings the second claim for relief against Defendants under the

19  Rosenthal Fair Debt Collection Practices Act ("RFDCPA"), California Civil Code §§ 1788-1788.33.

20         40.     Plaintiff repeats, realleges and incorporates by reference paragraphs 1 through

21  38 above.

22         41.     Plaintiff is a "debtor" as that term is defined by the RFDCPA, Cal. Civil Code

23  § 1788.2(h).

24         42.     Defendant, CREDITORS, is a "debt collector" as that term is defined by the

25  RFDCPA, Cal. Civil Code § 1788.2(c).

26         43.     Defendant, SWAYZE, is a "debt collector" as that term is defined by the

27  RFDCPA, Cal. Civil Code § 1788.2(c).

28         44.     Defendant, NAIL, is a "debt collector" as that term is defined by the

1    RFDCPA, Cal. Civil Code § 1788.2(c).

2         45.    The financial obligation allegedly owed to Bank of America, N.A., by

3    Plaintiff is a "consumer debt" as that term is defined by the RFDCPA, Cal. Civil Code § 1788.2(f).

4         46.    Defendants have violated the RFDCPA in the following respects:

5              (1)    Defendants continued their collection efforts against Plaintiff after

6                     receiving a written notification that Plaintiff refused to pay the debt

7                     being collected, in violation of 15 U.S.C. § 1692c(c), as incorporated

8                     by Cal. Civil Code § 1788.17; and

9              (2)    Defendants continued their collection efforts against Plaintiff after

10                     receiving a written notification within the thirty-day validation period

11                     from Plaintiff disputing the debt being collected in its entirety

12                     without first obtaining a verification of the debt and mailing a copy

13                     of such verification to the Plaintiff, in violation of 15 U.S.C. §

14                     1692g(b), as incorporated by Cal. Civil Code § 1788.17.

15        47.    Defendants' acts as described above were done willfully and knowingly with

16    the purpose of coercing Plaintiff to pay the alleged debt, within the meaning of Cal. Civil Code §

17    1788.30(b).

18        48.    As a result of the Defendants' willful and knowing violations of the RFDCPA,

19    the Plaintiff is entitled to an award of a statutory penalty in an amount not less than one hundred

20    dollars ($100) nor greater than one thousand dollars ($1,000), pursuant to Cal. Civil Code §

21    1788.30(b).

22        49.    As a result of the Defendants' violations of the RFDCPA, the Plaintiff is

23    entitled to an award of statutory damages pursuant to 15 U.S.C.§ 1692k(a)(2)(A), as incorporated

24    by Cal. Civil Code § 1788.17.

25        50.    As a result of the Defendants' violations of the RFDCPA the Plaintiff is

26    entitled to an award of his reasonable attorney's fees and costs pursuant to Cal. Civil Code §

27    1788.30(c) and 15 U.S.C.§ 1692k(a)(3), as incorporated by Cal. Civil Code § 1788.17.

28        51.    Pursuant to Cal. Civil Code § 1788.32, the remedies provided under the

1   RFDCPA are intended to be cumulative and in addition to any other procedures, rights or remedies

2   that the Plaintiff may have under any other provision of law.

3                               **VIII.  REQUEST FOR RELIEF**

4        The Plaintiff requests that this Court:

5        a.      Assume jurisdiction in this proceeding;

6        b.      Declare that Defendants' violated the Fair Debt Collection Practices Act, 15 U.S.C.

7                §§ 1692c(c) and 1692g(b);

8        c.      Declare that Defendants' violated the Rosenthal Fair Debt Collection Practices Act,

9                Cal. Civil Code § 1788.17;

10       d.      Award the Plaintiff statutory damages in an amount not exceeding $1,000 pursuant

11               to 15 U.S.C. § 1692k(a)(2)(A);

12       e.      Award the Plaintiff a statutory penalty in an amount not less than $100 nor greater

13               than $1,000 pursuant to Cal. Civil Code § 1788.30(b);

14       f.      Award the Plaintiff statutory damages in an amount not exceeding $1,000 pursuant

15               to 15 U.S.C. § 1692k(a)(2)(A), as incorporated by Cal. Civil Code § 1788.17;

16       g.      Award the Plaintiff the costs of this action and reasonable attorneys fees pursuant to

17               15 U.S.C.§ 1692k(a)(3) and Cal. Civil Code §§ 1788.17 and 1788.30(c); and

18       h.      Award the Plaintiff such other and further relief as may be just and proper.

19

20                                       CONSUMER LAW CENTER, INC.

21

22       By: /s/ Fred W. Schwinn
                 Fred W. Schwinn, Esq.
                 Attorney for Plaintiff
23               EDWARD MAURICE SMITH

24

25

26

27

28

1

## CERTIFICATION PURSUANT TO CIVIL L.R. 3-16

2      Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the

3  named parties, there is no such interest to report.

4                                                    /s/ Fred W. Schwinn
                                                     Fred W. Schwinn, Esq.
5

6

7                                    ## DEMAND FOR JURY TRIAL

8      PLEASE TAKE NOTICE that Plaintiff, EDWARD MAURICE SMITH, hereby demands

9  a trial by jury of all triable issues of fact in the above-captioned case.

10                                                   /s/ Fred W. Schwinn
11                                                   Fred W. Schwinn, Esq.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT

**PO BOX 440290**
**AURORA CO 80044-0290**

ADDRESS SERVICE REQUESTED

Reference No. 5388517  A06

Date: 10-07-06

**◻ CREDITORS**
**FINANCIAL GROUP**

Toll Free: 1-877-298-2251
RE: Your account with our client
BANK OF AMERICA

Date of Service: 05-26-06
Account: 68240033447699
Total Due: $10189.11

#BWNDLZK
#A000 07ZZ VWA6#
||I||ı||ıı||ıı|I|I||ı||ıı||ıı||ı|I||ıı||ıı||ıı|II||I||ıı|II
EDWARD SMITH                    A046
1553 BROOKVALE DR APT 1         JV12
SAN JOSE CA 95129-4620          01-M1

||ı||ı||ı||ıı||ı|ı|ı||I|||ıı||ı||I|ı||ıı||ıı||ı|ı||ıı||ı|ı||
CREDITORS FINANCIAL GROUP
PO BOX 440290
AURORA CO 80044-0290

PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ANY CHECK RETURNED FOR INSUFFICIENT FUNDS OR ACCOUNT CLOSED
WILL BE ASSESSED A $20.00 PROCESSING FEE.

The above claim for $10189.11 has been placed with our office for collection.

In order that we may remove your name from our client's delinquent credit files, kindly forward your check or money order, made payable to - Creditors Financial, in the enclosed envelope. Contact our toll free number listed above with any questions or concerns.

Respectfully,

Robert Wheaton

Unless you, the consumer, notify this collection agency within thirty (30) days after receipt of this notice that you dispute the validity of the debt or any portion thereof, the debt will be assumed to be valid by this collection agency. If you, the consumer, notify this collection agency in writing within thirty (30) days after receipt of this notice, that the debt or any portion thereof is disputed, this collection agency will obtain verification of the debt or a copy of a judgment against you and a copy of such verification or judgment will be mailed to you by this collection agency. Upon your written request within thirty (30) days after receipt of this notice this collection agency will provide you with the name and address of the original creditor, if different from the current creditor.

This is an attempt to collect a debt. Any information obtained will be used for that purpose.

FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTON PRACTICES ACT, SEE
WWW.AGO.STATE.CO.US/CADC/CADCMAIN.CFM

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

**Creditors Financial Group**
3131 South Vaughn Way Ste 110
Aurora, CO 80014
303-369-2345

**Office Hours:**
Monday - Thursday    7:00 am - 7:00 pm
Friday               7:00 am - 5:00 pm
Saturday             7:00 am - 12:00 Noon
Sunday               Closed



**EXHIBIT**
**1**

CFG

PO BOX 440290
AURORA CO 80044-0290

ADDRESS SERVICE REQUESTED

Reference No. 5388517 A06

#BWNDLZK
#A000 07ZZ VWA6#
||..|.,|.,|,,..||.|,,|||,..||,,|,.||||..|,|.,|.|.,|.,||
EDWARD SMITH
1553 BROOKVALE DR APT 1
SAN JOSE CA 95129-4620

A046
JY12
01-M1

PRESORTED
FIRST CLASS

U.S. POSTAGE
0.29



# <u>REFUSE TO PAY LETTER</u>

October 20, 2006                                     **CERTIFIED MAIL**
                                                     **RETURN RECEIPT REQUESTED**
                                                     **7005-3110-0001-5927-0812**

Creditors Financial Group
P.O. Box 440290
Aurora, CO 80044-0290

Re:    Creditor:      Bank of America
       Account No.:  68240033447699
       Reference No.: 5388517 A06

Dear Sir or Madam:

I have enclosed a copy of the last collection letter that you sent to me.

In this regard, please be advised that I dispute this debt and refuse to pay.

PLEASE MARK YOUR FILES ACCORDINGLY.

Trusting in your good offices, I remain . . .

                                      Very Truly Yours,

                                      Edward Smith
                                      1553 Brookvale Dr. Apt. 1
                                      San Jose, CA  95129-4620



PO BOX 440290
AURORA CO 80044-0290

### CREDITORS
### FINANCIAL GROUP

Toll Free: 1-877-298-2251

ADDRESS SERVICE REQUESTED

RE: Your account with our client
BANK OF AMERICA

Reference No. 5388517  A06

Date of Service: 05-26-06
Account: 68240033447699
Total Due: $10189.11

Date: 10-07-06

#BWNDLZK
#A000 07ZZ VWA6#

|l|l.l.l.l...l|l.ll.ll.l.l.l.l.l|l..l.l|ll.l.l|l...l|l.l|ll

EDWARD SMITH                    A046
1553 BROOKVALE DR APT 1         JV12
SAN JOSE CA 95129-4620          01-M1

ll.l.ll.l.ll.l.l.l.l|ll...l.l|l.ll.l|.l.l|ll.l..l.ll
CREDITORS FINANCIAL GROUP
PO BOX 440290
AURORA CO 80044-0290

---

PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT

ANY CHECK RETURNED FOR INSUFFICIENT FUNDS OR ACCOUNT CLOSED
WILL BE ASSESSED A $20.00 PROCESSING FEE

The above claim for $10189.11 has been placed with our office for collection.

In order that we may remove your name from our client's delinquent credit files, kindly forward your check or money order, made payable to - Creditors Financial, in the enclosed envelope. Contact our toll free number listed above with any questions or concerns.

Respectfully,

Robert Wheaton

Unless you, the consumer, notify this collection agency within thirty (30) days after receipt of this notice that you dispute the validity of the debt or any portion thereof, the debt will be assumed to be valid by this collection agency. If you, the consumer, notify this collection agency in writing within thirty (30) days after receipt of this notice, that the debt or any portion thereof is disputed, this collection agency will obtain verification of the debt or a copy of a judgment against you and a copy of such verification or judgment will be mailed to you by this collection agency. Upon your written request within thirty (30) days after receipt of this notice this collection agency will provide you with the name and address of the original creditor, if different from the current creditor.

This is an attempt to collect a debt. Any information obtained will be used for that purpose.

FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTON PRACTICES ACT, SEE WWW.AGO.STATE.CO.US/CADC/CADCMAIN.CFM

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

**Creditors Financial Group**
3131 South Vaughn Way Ste 110
Aurora, CO 80014
303-369-2345

**Office Hours:**
Monday - Thursday    7:00 am - 7:00 pm
Friday               7:00 am - 5:00 pm
Saturday             7:00 am - 12:00 Noon
Sunday               Closed

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*Creditors Financial Group*
*PO Box 440290*
*Aurora, Co 80044-0290*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X SS Swann  ☐ Agent
           ☐ Addressee

B. Received by ( *Printed Name* )   C. Date of Delivery

S S Swayne                          10/23/06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☑ Certified Mail       ☐ Express Mail
   ☐ Registered           ☐ Return Receipt for Merchandise
   ☐ Insured Mail         ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)          ☐ Yes

2. Article Number
   (*Transfer from service label*)   7005 3110 0001 5927 0812

PS Form 3811, February 2004         Domestic Return Receipt         102595-02-M-1540

**EXHIBIT**

3

**PO BOX 440290**
**AURORA CO 80044-0290**

ADDRESS SERVICE REQUESTED

Reference No. 5388517  A06

Date: 01-31-07

#BWNDLZK
#A000 08NL AQ45#          *A-LUS-AM-09910
SMITH, EDWARD
1553 BROOKVALE DR APT 1
SAN JOSE CA 95129-4620

38

 **CREDITORS**
**FINANCIAL GROUP**
Toll Free: **1-877-298-2251**
RE: Your account with our client
BANK OF AMERICA

Date of Service: 05-26-06
Account: 68240033447699
Total Due: $10189.11

CREDITORS FINANCIAL GROUP
PO BOX 440290
AURORA CO 80044-0290

PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT

---

ANY CHECK RETURNED FOR INSUFFICIENT FUNDS OR ACCOUNT CLOSED
WILL BE ASSESSED A $20.00 PROCESSING FEE.

## - D E M A N D   F O R   P A Y M E N T -

If your remittance is not received by this office within 7 days from this date, we will be compelled to recommend that your account be referred to our client for whatever action is necessary to effect collection.

It is therefore imperative that you forward full payment or contact us at the toll free number listed above to make arrangements.

Sincerely yours,

Adam Oddo

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This correspondence has been sent by a professional debt collector.

**EXHIBIT**

4

**Creditors Financial Group**
3131 South Vaughn Way Ste 110
Aurora, CO 80014
303-369-2345

**Office Hours:**
Monday - Thursday     7:00 am - 7:00 pm
Friday                            7:00 am - 5:00 pm
Saturday                       7:00 am - 12:00 Noon
Sunday                         Closed

CFG

PO BOX 440290
AURORA CO 80044-0290

ADDRESS SERVICE REQUESTED

Reference No: 5388517 AO6

#BWNDLZK
#A000.09NHL.AO45#
SMITH, EDWARD
1553 BROOKVALE DR APT 1
SAN JOSE CA 95129-4620

PRESORTED
FIRST CLASS



U.S.POSTAGE